Roger Paul PARSONS, Petitioner—
Appellant,

v.

William S. HAINES, Warden, Hut-
tonsville Correctional Center,
Respondent—Appellee.

No. 05–7383.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 27, 2006.

Decided: Feb. 17, 2006.

James McCall Cagle, Charleston, West
Virginia, for Appellant. Colleen Anne
Ford, Office of the Attorney General of
West Virginia, Charleston, West Virginia,
for Appellee.

Before LUTTIG, WILLIAMS, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Roger Paul Parsons, a state prisoner,
seeks to appeal the district court's order
adopting the report and recommendation
of the magistrate judge to deny relief on
his petition filed under 28 U.S.C. § 2254
(2000). The order is not appealable unless
this court issues a certificate of appealabil-
ity. 28 U.S.C. § 2253(c)(1) (2000). A cer-
tificate of appealability will not issue ab-
sent "a substantial showing of the denial of
a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that his constitu-
tional claims are debatable and that any
dispositive procedural rulings by the dis-
trict court are also debatable or wrong.
See Miller–El v. Cockrell, 537 U.S. 322,
336, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); Slack v. McDaniel, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); Rose v. Lee, 252 F.3d 676, 683 (4th
Cir.2001). We have independently re-
viewed the record and conclude that Par-
sons has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal. We
dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*